WALLACE HUNT et al., Respondents, *v.* HENRY G. K. HEATH, Appellant, Impleaded with Others.

*Hunt* v. *Heath*, 160 App. Div. 904, affirmed.
(Argued October 21, 1915; decided November 16, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 29, 1913, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court in an action of ejectment to obtain possession of a strip of land upon part of which defendant, appellant, had encroached with a building and the remainder he had inclosed with a fence.

*Henry G. K. Heath*, appellant, in person.

*Michael J. Tierney* and *John F. Lambden* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, HOGAN, CARDOZO, SEABURY and POUND, JJ.